UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
ABBA GORDON

                                                  16 CV 2285 (ERK)

                        Plaintiff,

        -against-

STEPHENS & MICHAELS ASSOCIATES, INC.

                        Defendant.

-----------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of the plaintiff (defendant not having appeared), that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed.


*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
516-668 6945

SO ORDERED:

  s/ Edward R. Korman
_____
U.S.D.J.

                    USDJ
                    5/5/17